## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------

KRISTY WAGNER, )
7 Richard Lane )
Huntington NY )
11743    PLAINTIFF, )
v. )
)
SCOTT HEIMBERG, )
8309 Hackamore Drive )
Potomac MO 20854 )
DEFENDANT. )

------------------------------------------------------------

Case: 1:16-cv-00986
Assigned To : Cooper, Christopher R.
Assign. Date : 5/24/2016
Description: Pro Se Gen. Civ.

## **COMPLAINT**

1. Plaintiff, KRISTY WAGNER (hereinafter, "PLAINTIFF"), is a citizen of the United States, with an address of 7 Richard Lane, Huntington, NY 11743.
2. Defendant, SCOTT HEIMBERG (hereinafter, "DEFENDANT"), is a citizen of the United States, with a last-known address of 8309 Hackamore Drive, Potomac, MD 20854.
3. PLAINTIFF and DEFENDANT both worked at 1333 New Hampshire Avenue NW, Washington, DC 20036 (the "Building").
4. On one or more occasions, PLAINTIFF received compensation from Akin Gump Strauss Hauer & Feld LLP ("AG").
5. On one or more occasions, DEFENDANT received compensation from AG.
6. PLAINTIFF informed DEFENDANT that she suffered from one or more disabilities that required accommodation.
7. PLAINTIFF notified DEFENDANT that AG, Adam Umanoff and Edward Zaelke were treating her unfairly.
8. DEFENDANT agreed that AG, Adam Umanoff and Edward Zaelke had treated her unfairly.
9. On or about October 15, 2014, DEFENDANT stated to PLAINTIFF that he felt "powerless", that "[they] aren't going to take care of you" as well as that PLAINTIFF should "do what you've got to do", with respect to AG's actions or inactions toward PLAINTIFF including with respect to recognition of PLAINTIFF'S promotion and standing within AG.
10. Thereafter DEFENDANT ceased speaking with, responding to or otherwise communicating (directly or indirectly) with PLAINTIFF.
11. Prior to the date hereof, DEFENDANT (directly or indirectly, including by and through one or more persons purporting to be attorneys) threatened the livelihood of PLAINTIFF.
12. Prior to the date hereof, DEFENDANT (directly or indirectly) misrepresented PLAINTIFF's title and standing within the legal profession to one or more persons.
13. Prior to the date hereof, DEFENDANT breached his fiduciary duties to PLAINTIFF by, among other things, failing to assist in servicing one or more existing or prospective clients, and failing to respond to email, text or phone communications directed to him.

RECEIVED

MAY 2 4 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

14. DEFENDANT (by and through his actions or inactions) and AG have retaliated against PLAINTIFF for reporting one or more violations of (collectively, the "Relevant Laws"): the Constitution of the United States; the Rehabilitation Act, as codified 29 U.S.C. § 701 et seq.; the Age Discrimination in Employment Act, as codified 29 USC§ 621 et. seq.; the District of Columbia Human Rights Act, as codified D.C. Code § 2-1402 ("DCHRA"); Americans with Disabilities Act of 1990, as codified 42 U.S.C.A. § 12112 et seq. (the "ADA"); Title VII of the Civil Rights Act of 1964, as codified 42 U.S.C.[A.] § 2000e et seq. (1988) (the "Civil Rights Act"); and the Equal Pay Act, as codified 29 U.S.C.[A.] § 206(d) (the "Equal Pay Act").

15. DEFENDANT has failed to take action to restore PLAINTIFF'S phone, email (kwagner@akingump.com) and network access.

16. DEFENDANT has failed to take action to prevent one or more persons from interfering with PLAINTIFF'S goodwill and reputation

17. DEFENDANT has failed to take action to prevent one or more persons from denying PLAINTIFF'S multiple requests for the provision of accommodation.

18. DEFENDANT has failed to take action to prevent one or more persons from tortuously interfering with PLAINTIFF'S livelihood, quiet enjoyment and economic prospects.

19. DEFENDANT has failed to notify PLAINTIFF that she is entitled to payment from one or more persons including as a result of one or more violations of the Relevant Laws.

20. PLAINTIFF hereby requests immediate injunctive relief and that the court permanently restrain and enjoin DEFENDANT from (directly or indirectly) failing to (I) take action to prevent and prohibit the actions or inaction described in paragraphs 15-19; (II) notify PLAINTIFF how to claim amounts due and owing as a result of one or more violations of the Relevant Laws; and (III) directly communicate with PLAINTIFF regarding the availability of one or more accommodations in the Building.

Date of signing: May 24, 2016

Signature of Plaintiff: _____

Printed Name of Plaintiff: Kristy Wagner