## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTY WAGNER, | : |
| | : |
|    Plaintiff and Counter-Defendant, | : |
| | :     Civil Action No.:   16-0568 (RC) |
| v. | : |
| | :     Re Document No.:   32 |
| AKIN GUMP STRAUSS HAUER & FELD LLP, | : |
| | : |
|    Defendant and Counter-Plaintiff. | : |
| | : |
| KRISTY WAGNER, | : |
| | : |
|    Plaintiff, | : |
| | :     Civil Action No.:   16-0986 (RC) |
| v. | : |
| | :     Re Document No.:   4 |
| SCOTT HEIMBERG, | : |
| | : |
|    Defendant. | : |

## ORDER

### GRANTING DEFENDANTS' MOTIONS TO STAY

In light of Plaintiff Kristy Wagner's failure to oppose Defendants' motions to stay, it is hereby **ORDERED** that *Kristy Wagner v. Scott Heimberg*, Case No. 1:16-cv-0986 (RC), is **STAYED** pending resolution of *Kristy Wagner v. Akin Gump Strauss Hauer & Feld LLP*, Case No. 1:16-cv-0568 (RC).

   **SO ORDERED**.

Dated: June 14, 2016                            RUDOLPH CONTRERAS
                                             United States District Judge